UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES NELSON, ) | |
| ) | |
| Plaintiff, ) | Case: 1:15-cv-01668 Jury Demand |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 10/14/2015 |
| ) | Description: Pro Se Gen. Civil (F Deck) |
| STATE OF FLORIDA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

The Court has reviewed plaintiff's lengthy complaint, and fails to discern a viable legal claim. Wholly absent from the complaint is a statement of a claim showing that the plaintiff is entitled to any relief as against these defendants. For this reason, the complaint does not comply with Rule 8(a) and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE:
10/6/15

_____
United States District Judge